**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**HENRY DANIEL GRATEROL-JORDAN,** **PETITIONER**
**# A 241-789-528**

**VERSUS** **CIVIL ACTION NO. 5:26cv643-DCB-RPM**

**TODD BLANCHE, MARKWAYNE**
**MULLIN, and WARDEN** **RESPONDENTS**

**ORDER TO SIGN**

Before the Court are *pro se* Petitioner Henry Daniel Graterol-Jordan's Petition for Writ of Habeas Corpus [1] under 28 U.S.C. § 2241 and Motion for Appointment of Counsel [2]. He failed to place his original signature on the documents as required by Rule 11 of the Federal Rules of Civil Procedure. He will be provided an opportunity to correct this deficiency. Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Henry Daniel Graterol-Jordan a copy of the Petition [1] and Motion for Appointment of Counsel [2], along with a copy of this Order. If Petitioner would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court on or before September 10, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record without further notice to him. *See*, Fed. R. Civ. P. 11(a). Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's

current address may result in dismissal of this case.

**SO ORDERED**, this the 27th day of August, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE